# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**J.A. FISCHER, K.M. MCDONALD, S.A. DOMINGUEZ**
**Appellate Military Judges**

**UNITED STATES OF AMERICA**

**v.**

**LUKE R. HERRERA**
**SERGEANT (E-5), U.S. MARINE CORPS**

**NMCCA 201500044**
**SPECIAL COURT-MARTIAL**

**Sentence Adjudged:** 23 September 2014.
**Military Judge:** Maj M.D. Zimmerman, USMC.
**Convening Authority:** Commanding Officer, 9th Marine Corps District, Kansas City, MO.
**Staff Judge Advocate's Recommendation:** Maj J.E. Ming, USMC.
**For Appellant:** CAPT Bree Ermentrout, JAGC, USN.
**For Appellee:** Mr. Brian Keller, Esq.

**30 April 2015**

---------------------------------------------------------
## OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court